UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____ x
FEDIE R. REDD,                         :
                                       :
    Plaintiff,                         :   Civil Action No.
                                       :
v.                                     :
                                       :
BANK OF AMERICA, N.A., SUCCESSOR       :
BY MERGER TO BAC HOME LOANS            :
SERVICING, L.P. F/K/A COUNTRYWIDE      :
HOME LOANS, L.P. AND U.S. BANK         :
TRUST NATIONAL ASSOCIATION, NOT        :
IN ITS INDIVIDUAL CAPACITY BUT         :
SOLELY AS OWNER TRUSTEE FOR RCF 2      :
ACQUISITION TRUSTEE C/O U.S.           :
NATIONAL TRUST ASSOCIATION &           :
SELENE FINANCE, LP ("SELENE"),         :
                                       :
    Defendants.                        :
                                       :
_____ x

## NOTICE OF REMOVAL

Defendant Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP, f/k/a Countrywide Home Loans Servicing, LP ("BANA"), files this Notice of Removal of the civil action brought by Plaintiff Fedie Redd ("Plaintiff") to the United States District Court for the Eastern District of New York. Removal is based on 28 U.S.C. §§ 1331 (federal question jurisdiction) and § 1332 (diversity jurisdiction) and is authorized by 28 U.S.C. §§ 1441 and 1446.

### I. INTRODUCTION

1. Plaintiff commenced this action by filing a Complaint on May 22, 2023, in the Supreme Court of the State of New York, Nassau County, Index No. 000337/2023 (the "State Court Action").

2. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, orders, and other papers filed in the State Court Action and obtained by BANA, including the Complaint, are attached hereto as **Exhibit A**.

3. Plaintiff asserts various federal and state court causes of action against BANA and others in relation to the foreclosure of her property.

## II. TIMELINE FOR NOTICE OF REMOVAL

4. This removal is timely under 28 U.S.C. § 1446(b). BANA received a copy of the Summons and Complaint by mail on May 31, 2023, and BANA is filing this Notice of Removal within 30 days of receiving notice of the suit. 28 U.S.C. § 1446(b). .

5. In filing this Notice of Removal, BANA does not waive, and specifically reserves, any and all objections as to service, subject matter jurisdiction, standing to sue, personal jurisdiction, defenses, exceptions, right and motions.

## III. BASIS FOR REMOVAL: FEDERAL QUESTION

6. Federal question jurisdiction exists over Plaintiff's claims under 28 U.S.C. §1331 because the resolution of Plaintiff's claims will require adjudication of disputed questions of federal law. Federal question jurisdiction is appropriately exercised over "all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.

7. The Complaint states that Plaintiff seeks relief for violation of 18 U.S.C. § 1028, the First, Fifth and Fourteenth Amendments of the United States Constitution, and 42 U.S.C. §§ 1983, 1985, and 1988, among other allegations and claims. *See* Compl. at 7. Because these claims arise under federal law, federal question jurisdiction exists.

8. Furthermore, this Court has supplemental jurisdiction over all other causes of action in this case under 28 U.S.C. §1367(a) because Plaintiff's claims all derive from a common nucleus

of factual allegations and "form part of the same case or controversy under Article III of the United States Constitution." 28 U.S.C. § 1367(a).

IV.    ALTERNATIVE BASIS FOR REMOVAL: DIVERSITY JURISDICTION

A.    **Complete Diversity Exists**

9.    This action may be removed to this Court because it arises under 28 U.S.C. § 1332 (Diversity of Citizenship).

10.    Plaintiff is a natural person, and according to the Complaint, is domiciled at 173 Cedar Street, Freeport, New York 11520. Therefore, Plaintiff is a citizen of New York for diversity purposes.

11.    Defendant BANA is a national banking association organized under the laws of the United States with its main office in Mecklenburg County, North Carolina. As a national banking association, BANA's citizenship is determined solely by the location of its main office, as designated in its articles of association. 28 U.S.C. § 1348; *Wachovia Bank v. Schmidt*, 546 U.S. 303, 318 (2006). Therefore, BANA is a citizen of North Carolina for diversity purposes.

12.    Defendant U.S. Bank, N.A. as Trustee, incorrectly sued as "U.S. Bank Trust National Association," not in it is Individual Capacity but Solely as Owner Trustee for RCF 2 Acquisition Trustee c/o U.S. National Trust Association ("U.S. Bank"), is a national banking association acting as a trustee of a trust, with its main office in Cincinnati, Ohio, as designated in its articles of association. For diversity purposes, the citizenship of a trust is determined by the citizenship of the trustee. *Navarro Savings Ass'n v. Lee*, 446 U.S. 458, 464-466 (1980). As a national banking association, U.S. Bank's citizenship is determined by the location of its main office, as designated in its articles of association. 28 U.S.C. § 1348; *Wachovia,* 546 U.S. at 318. Therefore, U.S. Bank is a citizen of Ohio for diversity purposes.

13. Defendant Selene Finance LP ("Selene") is a Delaware limited partnership, with its principal place of business in Houston, Texas. For purposes of diversity of citizenship, a limited partnership is a citizen of each state in which any of its partners, limited or general, are citizens. *Carden v. Arkoma Assocs.*, 494 U.S. 185, 187, 195-96 (1986). The two general partners of Selene Finance LP are: Selene Ventures LLC and Selene Ventures GP, LLC. Selene Ventures LLC's principal business address is 120 Gibraltar Road, Horsham, PA 19044, and its individual members are all residents or citizens of Pennsylvania. Selene Ventures GP, LLC's principal business address is also 120 Gibraltar Road, Horsham, PA 19044, and its individual members are also all residents or citizens of Pennsylvania. Thus, for diversity purposes, Selene is a citizen of Pennsylvania.

14. Because Plaintiff is a citizen of New York and the Defendants are not citizens of New York, complete diversity of citizenship exists between the parties, and removal is appropriate under 28 U.S.C. §§ 1332 and 1441.

**B.   The Amount in Controversy Exceeds $75,000**

15. The amount in controversy with respect to Plaintiff's claims, exclusive of interest and costs, exceeds $75,000. *See* 28 U.S.C. § 1332(a).

16. Although BANA denies that Plaintiff is entitled to recover any amount, and specifically denies that Plaintiff is entitled to any relief against BANA, Plaintiff seeks damages of $1.5 billion or $3 billion against the Defendants collectively, among other relief. Therefore, the amount in controversy exceeds the jurisdictional minimum for removal based on diversity jurisdiction.

**V.   VENUE**

17. This action is properly removed to this Court, as the State Court Action is pending within this District. 28 U.S.C. §§ 1441, 1446(a); 28 U.S.C. § 112(c).

## VI. ADDITIONAL REQUIREMENTS

18. Counsel for Defendants U.S. Bank and Selene from McGlinchey Stafford PLLC consents to the removal of this action to this Court.

19. In accordance with 28 U.S.C. § 1441(d), BANA will promptly file a copy of this Notice of Removal with the Clerk of the Supreme Court of the State of New York, Nassau County.

WHEREFORE, having satisfied the requirements for removal under 28 U.S.C. §§ 1331, 1332, 1441 and 1446, BANA hereby gives notice that the State Court Action has been removed to this Court.

Dated: June 30, 2023

Respectfully submitted,

*/s/ Michael E. Blaine*
Michael E. Blaine
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
(212) 294-6647
mblaine@winston.com

***ATTORNEYS FOR DEFENDANT***
***BANK OF AMERICA, N.A.***

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 30th day of June 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and that I have sent the same by regular U.S. mail to the following parties who have appeared in this action:

      Fedie R. Redd
      173 Cedar Street
      Freeport, New York 11520
      ***Pro se Plaintiff***

      */s/ Michael E. Blaine*
      Michael E. Blaine