UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
FEDIE R. REDD,

              Plaintiff,

v.

BANK OF AMERICA, N.A., U.S. BANK TRUST
NATIONAL ASSOCIATION NOT IN IT IS
INDIVIDUAL CAPACITY BUT SOLELY AS OWNER
TRUSTEE FOR RCF 2 ACQUISITION TRUSTEE C/O
U.S. NATIONAL TRUST ASSOCIATION;
SELENE FINANCE LP,

              Defendants.
----------------------------------------------------------------X

JUDGMENT

23-CV-04901-PKC-RML

        An Order of the Honorable Pamela K. Chen, United States District Judge, having been filed on February 12, 2024, granting Defendants' motions to dismiss; denying Plaintiff's motion to strike as moot; directing the Clerk of Court to enter judgment and close this case; it is

        ORDERED and ADJUDGED that Defendants' motions to dismiss are granted; that Plaintiff's motion to strike is denied as moot; and that this case is closed.

Dated: Brooklyn, New York
       February 14, 2024

Brenna B. Mahoney
Clerk of Court

By:   */s/Jalitza Poveda*
      Deputy Clerk